UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00046-FDW

| | |
|---|---|
| A'BRIAHNA R. KNOTT, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| WELLS FARGO BANK, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the parties' Joint Status Report (Doc. No. 7), which also contains a Motion to Extend Deadline to Complete Arbitration. For the reasons stated in the joint motion, to which all parties consent, and in light of the modest extension requested, the motion is GRANTED. The Court will extend the deadline for completion of arbitration previously set by the Court in granting the Motion to Stay (Doc. No. 6) through August 14, 2020. The parties are cautioned that the granting of additional extensions of time are unlikely.

IT IS SO ORDERED.

Signed: November 4, 2019

Frank D. Whitney
Chief United States District Judge

1